No. 1492. MULET, APELADO, *v.* RIVERA ET AL., APELANTES.—
Cobro de dinero. Mayagüez. Abril 25, 1916. *Desestimada
la apelación.*

No. 1350. VENDRELL, APELADO, *v.* PELLOT, APELANTE.—Co-
bro de dinero. Aguadilla. Abril 27, 1916. *Confirmada la
sentencia.*

No. 985. EL PUEBLO, APELADO, *v.* SANTOS, APELANTE.—In-
fracción artículo 162 del Código Penal. Humacao Abril 28,
1916. *Confirmada la sentencia.*

No. 1495. COLÓN ET AL., APELANTES, *v.* RIVERA, APELADO.—
Reivindicación. Ponce. Mayo 1, 1916. *Desistida la apela-
ción.*

No. 160. ESCUDERO, PETICIONARIO, *v.* FOOTE, JUEZ DE DIS-
TRITO.—*Certiorari.* Mayo 2, 1916. *Desistida la solicitud.*

No. 1022. EL PUEBLO, APELADO, *v.* SÁNCHEZ, APELANTE.—
Infracción artículo 370. Código Penal. Humacao.

No. 1024. EL PUEBLO, APELADO, *v.* MEZQUIDA, APELANTE.—
Alterar la paz. San Juan, Sección 2.ª Mayo 3, 1916. *Con-
firmadas las sentencias.*

No. 976. EL PUEBLO, APELADO, *v.* ANDREU, APELANTE.—In-
fracción artículo 162, Código Penal. Humacao. Mayo 5,
1916. *Revocada la sentencia y absuelto el acusado.*